UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

                              Plaintiff,

    -v-

ARROWOOD INDEMNITY CO., et al.,

                            Defendants.

CIVIL ACTION NO.: 21 Civ. 7706 (AKH) (SLC)

**TELEPHONE CONFERENCE
<u>SCHEDULING ORDER</u>**

---

**SARAH L. CAVE**, United States Magistrate Judge:

        A telephone conference is scheduled for **Friday, April 14, 2023 at 10:00 am** on the Court's conference line to discuss the parties' interest in the Court's facilitation of their settlement discussions.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:       New York, New York
              April 12, 2023

                          SO ORDERED.

                          _____
                          **SARAH L. CAVE
                          United States Magistrate Judge**