UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
THE ROMAN CATHOLIC DIOCESE OF             :
ROCKVILLE CENTRE,                                         :    **ORDER**
:
Plaintiff,          :    21 Civ. 7706 (AKH)
:
v.                                                             :
:
ARROWOOD INDEMNITY CO., *et al.*,             :
:
Defendants.       :
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 45 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

SO ORDERED.

Dated:    March 17, 2025
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge